IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BILLY GHAFOUR ASEMANI,          :
      Plaintiff                                  :
                                                    :
v.                                                  :         CIVIL NO. AMD 05-2821
                                                    :
UNITED STATES OF AMERICA,    :
      Defendant                              :
                          ...o0o...

MEMORANDUM OPINION

      Plaintiff, Billy Ghafour Asemani, acting pro se, filed this action against the United States pursuant to the Federal Tort Claims Act, seeking damages for a host of alleged tort claims arising out of alleged injuries he sustained as an immigration detainee while in custody in Pennsylvania. The case was filed in the United States District Court for the District of Columbia. In the meantime, plaintiff has been arrested and charged with criminal offenses in Howard County, Maryland, where he is being detained at a mental hospital. The government has filed a motion to dismiss or in the alternative for summary judgment. Plaintiff asks that the court stay consideration of the matter until his medical/legal situation is resolved or that an attorney be appointed to represent him.

      For good cause shown, while the motion to appoint counsel shall be denied, so too, will the government's motion be denied without prejudice to its renewal. The court will stay and administratively close the case pending further order of this court. An order follows.

Filed: May 19, 2006                          ___/s/_____
                                                          ANDRE M. DAVIS
                                                          United States District Judge